IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| A & E BAIL BONDS, INC., a Delaware Corporation, and A & E FINANCIAL SERVICES LLC, a Delaware limited liability company, assignee of PREFERRED FINANCIAL SERVICES, INC., | § § § § § § § § § | No. 449, 2023<br><br>Court Below—Superior Court of the State of Delaware<br><br>C. A. No. N18C-06-208 |
|     Plaintiffs Below,<br>    Appellants, | § | |
| v. | | |
| EDWARD SUTTON III, and SHERRI SUTTON, | | |
|     Defendants Below,<br>    Appellees. | | |

Submitted: June 26, 2024
Decided: July 5, 2024

Before **SEITZ**, Chief Justice; **LeGROW,** and **GRIFFITHS**, Justices.

## **<u>ORDER</u>**

This 5th day of July 2024, after careful consideration of the parties' briefs and the record below, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated April 6, 2023, and the Decision After Trial dated November 6, 2023.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.


BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice